Form B-1036 - (Rev. 02/10)

1998 USBC, Central District of California



| | |
|---|---|
| In re<br>A' GACI, L.L.C.<br><br>Debtor(s). | CASE NO.: 2:22-MP-00107-BB<br><br>ADVERSARY PROCEEDING NO.: |

NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ 93.29 ACCRUED INTEREST

$ 0.00 ACCRUED COSTS

$ 93.29 **TOTAL**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 101,654.59 ACTUALLY DUE on the date of the issuance of this writ, of which

$ 101,561.30 is due on the judgement as entered, and bears interest at 0.07 % per annum in the amount of $ 0.19 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

DATED: 12-6-2022

[signature]

**KATHLEEN J. CAMPBELL**
Clerk, United States Bankruptcy Court

By: [signature]
Deputy Clerk

**SERVED COPY OF WRIT TOGETHER WITH A NOTICE THAT SAID PROPERTY WAS ATTACHED AND DEMANDED A REPLY, TO WHICH I RECEIVED:**

$ 101,731.59

**WHICH IS APPLIED AGAINST JUDGEMENT**

**( ) NOTHING. THIS PORTION RETURNED WHOLLY UNSATISFIED.**

FILED
JAN 25 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

Form B-1036 - (Rev. 02/10) 1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number<br>RONALD P. SLATES, ESQ., (SBN 43712)<br>RONALD P. SLATES, A PROFESSIONAL CORPORATION<br>500 S. GRAND AVE., SUITE 2010<br>LOS ANGELES, CA 90071<br>(213) 624-1515<br>FAX (213) 624-7536<br><br>Attorney for Assignee/Judgment Creditor SLFAQ, LLC | For Court Use Only |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>A' GACI, L.L.C.<br>Debtor. | CASE NO.: 2:22-MP-00107-BB<br><br>ADVERSARY NO.: |
| RANDOLPH N. OSHEROW, etc.,<br>Plaintiff(s),<br>vs.<br>Privy, Inc.,<br>Defendant(s). | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On 7/30/2021, a judgment was entered in the above-entitled action in favor of

SLFAQ, LLC, assignee

as **Judgment Creditor,** and against

Privy, Inc.

as **Judgment Debtor, for:**

| | | |
|---|---|---|
| $ | 101,561.30 | PRINCIPAL |
| $ | 0.00 | ATTORNEYS FEES |
| $ | 0.00 | INTEREST |
| $ | 0.00 | COSTS |
| $ | 101,561.30 | **TOTAL JUDGMENT AS ENTERED** |

| | |
|---|---|
| In re<br>A' GACI, L.L.C.<br><br>Debtor(s). | CASE NO.: 2:22-MP-00107-BB<br><br>ADVERSARY PROCEEDING NO.: |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Calvin Myung
LAW OFFICES OF S. CALVIN MYUNG
3700 Wilshire Boulevard, Suite 500,
Los Angeles California 90010